1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY ESKRIDGE,

11            Plaintiff,                        No. CIV S-04-0865 LKK GGH P

12        vs.

13   A. CORREA, et al.,

14            Defendants.                ORDER

15   _____/

16            Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  On April 25, 2005, the court granted defendants' motions to dismiss for

18   failure to state a claim as to defendants Correa, Pliler and Elsberry and dismissed the claims

19   against defendant Surges pursuant to 28 U.S.C. § 1915(e)(2) (the court shall dismiss case at any

20   time if it determines that the action fails to state claim on which relief may be granted).  Plaintiff

21   was granted thirty days to file an amended complaint.  In the April 25, 2005, order the court

22   directed defendants not to respond to the amended complaint until ordered to by the court.

23            Pending before the court is plaintiff's amended complaint filed May 20, 2005.  On

24   May 20, 2005, plaintiff also filed a package of exhibits in support of the amended complaint.

25   After carefully reviewing the record, the court finds that the amended complaint states a

26   colorable claim for relief.  Defendants are ordered to respond to the amended complaint.

1

1    Accordingly, IT IS ORDERED that within twenty days from the date of this order,

2  defendants shall file a response to the amended complaint filed May 20, 2005.

3  DATED:   9/19/05

4                                                    /s/ Gregory G. Hollows

5                                                    _____
                                                     GREGORY G. HOLLOWS
6                                                    UNITED STATES MAGISTRATE JUDGE

7

8  ggh:kj
   esk865.srv
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26