1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  CONSTANCE L. PICCIANO, State Bar No. 66172
   Deputy Attorney General
6    1300 I Street, Suite 125
     Post Office Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 322-6453
8    Facsimile: (916) 324-5205

9  Attorneys for Defendants
   Correa, Elsberry Pliler and Surges
10 SA2004103162

11

12              IN THE UNITED STATES DISTRICT COURT

13             FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 | GREGORY ESKRIDGE,                | No. CIV-S-04-0865 LKK GGH P
16 |                        Plaintiff,| [PROPOSED] ORDER
   |                                  | GRANTING REQUEST FOR
17 | v.                               | LEAVE TO FILE ANSWER IN
   |                                  | EXCESS OF TIME
18 | A. CORREA, et al.,               |
19 |                       Defendants.|

20

21      The Court, having considered defendant's request for leave to file their answer in

22 excess of the time permitted by the Court's prior order, and good cause having been found.

23      **IT IS HEREBY ORDERED:** Defendants' request to file their answer, in excess of

24 the time permitted by the Court is granted.

25      DATED: Oct. 24, 2005

26
                                          GREGORY G. HOLLOWS
27                                        _____
                                          UNITED STATES MAGISTRATE JUDGE
28

*[Proposed] Order Granting Request
for Leave to File Answer in Excess of Time*

1