IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ESKRIDGE,

      Plaintiff,                  No. CIV S-04-0865 LKK GGH P

   vs.

A. CORREA, et al.,

      Defendants.        ORDER

_____/

      On September 12, 2005, plaintiff filed a motion requesting that the court withdraw the order filed August 11, 2005, on grounds of mootness. The court construes this as a request for reconsideration.

Standards For Motions To Reconsider

      Although motions to reconsider are directed to the sound discretion of the court, Frito-Lay of Puerto Rico, Inc. v. Canas, 92 F.R.D. 384, 390 (D.C. Puerto Rico 1981), considerations of judicial economy weigh heavily in the process. Thus Local Rule 78-230(k) requires that a party seeking reconsideration of a district court's order must brief the "new or different facts or circumstances [which] were not shown upon such prior motion, or what other grounds exist for the motion." The rule derives from the "law of the case" doctrine which provides that the decisions on legal issues made in a case "should be followed unless there is

1

1  substantially different evidence . . . new controlling authority, or the prior decision was clearly
2  erroneous and would result in injustice." <u>Handi Investment Co. v. Mobil Oil Corp.</u>, 653 F.2d
3  391, 392 (9th Cir. 1981); <u>see also</u> <u>Waggoner v. Dallaire</u>, 767 F.2d 589, 593 (9th Cir. 1985), <u>cert.</u>
4  <u>denied</u>, 475 U.S. 1064 (1986).

5        Courts construing Federal Rule of Civil Procedure 59(e), providing for the
6  alteration or amendment of a judgment, have noted that a motion to reconsider is not a vehicle
7  permitting the unsuccessful party to "rehash" arguments previously presented, or to present
8  "contentions which might have been raised prior to the challenged judgment." <u>Costello v. United</u>
9  <u>States</u>, 765 F.Supp. 1003, 1009 (C.D.Cal. 1991); <u>see also</u> <u>F.D.I.C. v. Meyer</u>, 781 F.2d 1260, 1268
10 (7th Cir. 1986); <u>Keyes v. National R.R. Passenger Corp.</u>, 766 F. Supp. 277, 280 (E.D. Pa. 1991).
11 These holdings "reflect[] district courts' concerns for preserving dwindling resources and
12 promoting judicial efficiency." <u>Costello</u>, 765 F.Supp. at 1009.

13       Afer reviewing the record, the court finds that the August 11, 2005, order is not
14 moot.

15       Accordingly, IT IS HEREBY ORDERED that plaintiff's September 12, 2005,
16 motion to withdraw the August 11, 2005, order, construed as a request for reconsideration, is
17 denied.

18 DATED: January 12, 2006.

20                 /s/Lawernce K. Karlton
                UNITED STATES DISTRICT JUDGE

22 esk865.850