IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ESKRIDGE,

    Plaintiff,                    No. CIV S-04-0865 LKK GGH P

    vs.

A. CORREA, et al.,

    Defendants.          <u>ORDER</u>

_____/

        On December 15, 2005, plaintiff filed objections to the magistrate judge's order filed December 5, 2005, denying his motion for the appointment of counsel. The court construes plaintiff's objections as a request for reconsideration of the December 5, 2005, order. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed December 5, 2005, is affirmed.

DATED: January 12, 2006.

                                              /s/Lawrence K. Karlton
                                              UNITED STATES DISTRICT JUDGE

esk865.850