1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY ESKRIDGE,

11           Plaintiff,                   No. CIV S-04-0865 LKK GGH P

12       vs.

13   A. CORREA, et al.,

14           Defendants.              <u>ORDER</u>

15   _____/

16           Plaintiff has filed discovery documents.  Plaintiff is informed that court

17   permission is not necessary for discovery requests and that neither discovery requests served on

18   an opposing party nor that party's responses should be filed until such time as a party becomes

19   dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil

20   Procedure.  Discovery requests between the parties shall not be filed with the court unless, and

21   until, they are at issue.

22           Accordingly, IT IS HEREBY ORDERED that plaintiff's December 30, 2005

23   discovery documents will be placed in the court file and disregarded.  Plaintiff is cautioned that

24   further filing of discovery requests or responses, except as required by rule of court, may result in

25   /////

26   /////

1

1  an order of sanctions, including, but not limited to, a recommendation that this action be

2  dismissed.

3  DATED:  2/1/06

4

5                                                          /s/ Gregory G. Hollows

6                                              _____
                                               GREGORY G. HOLLOWS
                                               UNITED STATES MAGISTRATE JUDGE

7  GGH:bb

8  eskr0865.411

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26