IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GREGORY ESKRIDGE,** | 2:04-CV-0865 LKK GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **A. CORREA, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' request for an extension of time to serve responses to Plaintiff's first set of interrogatories and request for production of documents, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time, to and including March 16, 2006, to complete and serve responses to Plaintiff's first set of Interrogatories, first request for admissions, and request for production of documents.

Dated: 2/28/06

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

esk865.eot

*[Proposed] Order*

1