IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ESKRIDGE,

      Plaintiff,                        No. CIV S-04-0865 LKK GGH P

    vs.

A. CORREA, et al.,

      Defendants.             ORDER

         Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

         In the request for appointment of counsel, plaintiff also seeks clarification regarding the scheduling order. In particular, plaintiff requests that the court advise him regarding what is expected of him regarding motions to compel, discovery, pretrial motions,

1

pretrial statements and other procedures.

        The court cannot give plaintiff legal advice.  Plaintiff should consult the Federal Rules of Civil Procedure for information regarding the matters listed above.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's February 21, 2006 request for the appointment of counsel is denied.

DATED: 3/6/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
eskr0865.31