IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GREGORY ESKRIDGE,** | 2:04-CV-0865 LKK GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **A. CORREA, et al.,** | |
| Defendants. | |

The Court, having considered Defendant Pliler's request for a second extension of time to serve responses to Plaintiff's first set of interrogatories, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant Pliler shall be granted an extension of time, to and including April 15, 2006, to complete and serve responses to Plaintiff's first set of Interrogatories. **

Dated: 3/27/06

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

** No further extensions.

esk865.eot(2)

1