IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ESKRIDGE,

      Plaintiff,                    No. CIV S-04-0865 LKK GGH P

    vs.

A. CORREA, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's April 13, 2006, request for extension of time to extend the discovery cut-off date. Pursuant to the January 20, 2006, scheduling order, the discovery cut-off date is May 5, 2006.

        In support of the pending request, plaintiff states that on December 13, 2005, he served defendants with his first request for interrogatories, admissions and production of documents. Plaintiff alleges that defendants' responses were evasive and that he is waiting for defendants to respond to his request to meet and confer. Plaintiff also states that he will have to file a second set of discovery requests.

        The court makes the following observations regarding the pending motion. Pursuant to the October 31, 2005, discovery order, Local Rule 37-251, which requires the parties

to meet and confer regarding discovery disputes, does not apply to this action. On February 28, 2006, the court granted defendants' first request for extension of time to respond to plaintiff's first request for interrogatories, admissions and documents. The court ordered the responses due on or before March 16, 2006. On March 16, 2006, defendants filed a second request for extension of time to respond to plaintiff's first request for interrogatories. On March 27, 2006, the court ordered the interrogatories due or before April 15, 2006.

The court will grant plaintiff an extension of time to file a motion to compel regarding defendants' responses to his first request for interrogatories, admissions and documents. Plaintiff has not shown good cause to grant his request to conduct additional discovery.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's April 13, 2006, motion for extension of time to extend the discovery cut-off date is granted in part;

2. Plaintiff is granted thirty days from the date of this order to file a motion to compel regarding defendants' responses to his first request for interrogatories, admissions and documents;

3. The pretrial motion cut-off date of June 30, 2006, is vacated and re-set for August 11, 2006.

DATED: 4/25/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
esk865.eot(2)

2