IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GREGORY ESKRIDGE,** | 2:04-cv-0865 LKK GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **A. CORREA, et al.,** | |
| Defendants. | |

The Court having considered Defendants' request for an nunc pro tunc extension of time to file an opposition to Plaintiff's motion to compel production of documents, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants shall be granted a nunc pro tunc extension of time for the filing of their opposition to Plaintiff's motion to compel.  Defendants' opposition filed June 30, 2006, is deemed timely filed.

Dated:  7/17/06

/s/ Gregory G. Hollows

_____
The Honorable Gregory G. Hollows

esk865.eot(com)

*Order*
1