IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ESKRIDGE,

      Plaintiff,                    No. CIV S-04-0865 LKK GGH P

    vs.

A. CORREA, et al.,                 ORDER

      Defendants.

_____/

      By order filed January 20, 2006, this court directed plaintiff to file a pretrial statement on or before October 6, 2006. Plaintiff has not responded to the court's order. On September 11, 2006, plaintiff filed a "motion to submit pretrial discovery material." The court does not construe this document to be a pretrial statement.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff shall show cause within twenty days of the date of this order for his failure to file a pretrial statement;

/////

/////

/////

/////

1

2. The pretrial conference set for October 27, 2006, is vacated nunc pro tunc; the jury trial set for January 23, 2007, before the Honorable Lawrence K. Karlton is vacated.

DATED: 12/5/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
esk865.fpt