IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ESKRIDGE,

      Plaintiff,                         No. CIV S-04-0865 LKK GGH P

    vs.

A. CORREA, et al.,                    <u>ORDER</u>

      Defendants.

_____/

      On December 6, 2006, the court ordered plaintiff to show cause for his failure to file a timely pretrial statement. On December 26, 2006, plaintiff filed a response to the show cause order.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. December 6, 2006, order to show cause is discharged;

      2. Plaintiff's pretrial statement is due within twenty days of the date of this order; defendants' pretrial statement is due twenty days thereafter.

DATED: 1/8/07

                                                  /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

esk865.ord